UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY ARMSTRONG, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 12-3028-LMA-SS** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | |

**O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Henry Armstrong, Jr., which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the cross-motion of Carolyn W. Colvin, Acting Commissioner of Social Security Administration, for summary judgment (Rec. doc. 12) is granted and the motion of the plaintiff, Henry Armstrong, Jr., for summary judgment (Rec. doc. 11) is denied.

New Orleans, Louisiana, this 2nd day of October, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE